JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORGE PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JORGE PENA, et al,<br><br>　　　　Defendants. | No. CR-S-09-0487 FCD<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the September 27, 2010 status conference be continued to November 8, 2010 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from September 27, 2010, to November 8, 2010.

IT IS SO ORDERED.

Dated:  September 23, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3