JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORGE PENA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-09-0487 FCD |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER ORDER CONTINUING SENTENCING |
| v. | ) ) | |
| JORGE PENA, | ) ) | Judge: Honorable Frank C. Damrell, Jr. |
| Defendant. | ) ) ) ) ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for June 6, 2011. Counsel for the defendant request that the date for judgment and sentencing be continued to July 11, 2011 at 10:00am.

2. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **7/11/11** |
| Reply, or Statement of Non-Opposition: | 7/4/11 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 6/27/11 |

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 6/20/11 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 6/13/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 5/30/11 |

IT IS SO STIPULATED.

Dated: April 26, 2011                                  /s/ John R. Manning
                                                       JOHN R. MANNING
                                                       Attorney for Defendant
                                                       Jorge Pena


Dated: April 26, 2011                                  Benjamin B. Wagner
                                                       United States Attorney

                                             by:       /s/ Carolyn K. Delaney
                                                       CAROLYN K. DELANEY
                                                       Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORGE PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-09-0487 FCD |
| Plaintiff, | ) ORDER TO CONTINUE SENTENCING |
| v. | ) |
| JORGE PENA, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jorge Pena be continued from June 6, 2011 to July 11, 2011.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: April 27, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE