```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700
```



**FILED**

JUL 1 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00487-FCD |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| JORGE PENA, ) | |
| ) | |
| Defendant. ) | |

Based upon the entry of plea and stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Jorge Pena it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), defendant Jorge Pena's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) Epson Stylus NX400 Printer Scanner Copier - Serial # KNTP219150.

2. The above-listed property is an article or device used in violation of 18 U.S.C. §§ 371, 471, and 472.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Secret Service, in its secure custody and control.

4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order

///
///
///
///

of Forfeiture pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this **11th** day of **July**, 2011.

_____
FRANK C. DAMRELL, JR.
United States District Judge